IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAR WILLIAMS, | ) | 4:07CV3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNKNOWN O. FLYNN and | ) | |
| UNKNOWN BERRYHILL, | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk of Court has received summons and/or 285 forms for service of process on a person who is not named as a defendant in the **caption** of the complaint filed by the plaintiff in this case. Only defendants named in the **case caption** will be served.

The Clerk understood the handwritten case caption to name officer "Offlyn" as a defendant. One of the 285 forms submitted by the plaintiff is completed with clearer handwriting than that of the complaint and names officer "O. Flynn" as a defendant. I will direct the Clerk to change the name of defendant "Unknown Offlyn" in the court's records to "Unknown O. Flynn," and to mail the 285 form for service of process on "O. Flynn."

I will direct the Clerk to return to the sender, at the address set forth in the document, the 285 form for service on Officer Mayberry, as the case caption does not name that individual as a defendant.

IT IS ORDERED:

1. The Clerk of the Court shall change the name of defendant "Unknown Offlyn" in the court's records to "Unknown O. Flynn," and shall mail the 285 form for service of process on "O. Flynn;" and

2. The Clerk of the Court shall return to the sender, at the address set forth in the document, the 285 form for service on Officer Mayberry.

July 26, 2007            BY THE COURT:

*s/Richard G. Kopf*
United States District Judge
Supervising Pro Se Judge