IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMAR WILLIAMS, | ) | 4:07CV3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNKNOWN O. FLYNN, Officer, | ) | |
| Individual and official capacities, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Temporary Restraining Order. (Filing No. 14.) Also pending is Defendant's Motion to Extend Time to Respond to Plaintiff's Motion. (Filing No. 19.) Plaintiff's Motion for Temporary Restraining Order was filed on November 19, 2007, but was unsigned by Plaintiff. The Clerk of the court entered a text notice of the signature deficiency, and sent a copy of that text notice to Plaintiff. Plaintiff was given 15 days to correct the signature deficiency.

Federal Rule of Civil Procedure 11 states that "every pleading . . . shall be signed by at least one attorney of record . . . or, if the party is not represented by an attorney, shall be signed by the party." Fed. R. Civ. P. 11(a). Further, "[a]n unsigned paper shall be stricken" unless the signature deficiency is corrected. *Id.* Plaintiff is proceeding *pro se* and is required to sign his pleadings. Because Plaintiff failed to sign his Motion for Temporary Restraining Order, the pleading must be stricken.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to strike from the record Plaintiff's Motion for Temporary Restraining Order. (Filing No. 14.)

2.      Defendant's Motion to Extend Time to Respond is denied as moot.

January 31, 2008.                   BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    Chief United States District Judge